ALLEN A. BORNSTEIN, Doing Business under the Firm Name and Style of ABORN GLOVE COMPANY, Respondent, v. GENERAL ACCIDENT, FIRE & LIFE ASSURANCE CORPORATION, Ltd., Appellant.— Appeal from an order and judgment. This action was brought to recover on a policy of insurance which was issued to protect against loss by burglary. Evidence was introduced that the place was broken into and a large quantity of merchandise stolen. A proof of loss was filed, and an amended complaint was served which set forth an allegation of forcible entry and entrance by forcible means. Plaintiff did not file an amended proof of loss after the amended complaint. It is the contention of the defendant-appellant that the court erred in directing a verdict for the plaintiff. At the end of the plaintiff's case the defendant moved for a dismissal of the complaint when the plaintiff moved for a directed verdict for the amount demanded in the complaint. A careful examination of the record establishes a forcible entry and that the plaintiff suffered the loss for which he seeks to recover. The defendants retained the proof of loss and accepted the amended complaint which gave them notice of plaintiff's claim. An examination of the record and of all the evidence sustains the judgment and order appealed from. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

LORETTA MALONEY, Respondent, v. BURLINGAME MOTORS CORPORATION and EDWARD PAGE, Appellants, and NEILE F. TOWNER and Another as Receivers of the United Traction Company, Respondents.— Defendants Burlingame Motors Corporation and Edward Page have appealed from a judgment of the Supreme Court, Rensselaer county, in plaintiff's favor. On August 21, 1936, plaintiff was a passenger in the bus owned and operated by the codefendant, United Traction Company. That bus collided with the vehicle owned by defendant Burlingame Motors Corporation, and operated by the defendant Page. The jury found that the collision occurred because of the negligence of the latter defendants. The evidence sustains the verdict. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ANTHONY TORSIELLO, Appellant, v. FRANCIS E. DROHAN and MARIE DROHAN, Respondents.— The jury's verdict of $900 in this case is inadequate. The record indicates that plaintiff has expended $440 for medical expenses. The remainder, of $460, is inadequate for pain, suffering and facial disfigurement. Judgment and order reversed, on the facts, and new trial granted, with costs to the appellant to abide the event, unless, within twenty days after service of a copy of the order to be entered hereon, the defendants stipulate to raise the verdict to the sum of twenty-five hundred dollars, in which event the judgment is so increased and as increased the judgment, and the order, are affirmed, with costs. Hill, P. J., Bliss and Heffernan, JJ., concur; Rhodes and Crapser, JJ., dissent and vote to affirm. [See post, p. 917.]